463 A.2d 35

In the Matter of L.A.C.

Appeal of The City of Philadelphia Department of Public Welfare.

Argued March 23, 1983. Denise Rae Scott-Jones, Assistant City Solicitor, for appellant; Julius B. Jackson, III, for appellee; William D. Moyer, Jr., for participating party.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.